Karen Vogel Weil (Bar No. 145,066)
karen.weil@knobbe.com
Mark D. Kachner (Bar No. 234,192)
mark.kachner@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
10100 Santa Monica Blvd., Suite 1600
Los Angeles, CA  90067
Phone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant/Counterclaim Plaintiff
CHICO'S FAS, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRENCH WEST, INC. a California corporation, individually and doing business as HALE BOB,<br><br>Plaintiff,<br><br>v.<br><br>CHICO'S FAS, INC., a Florida corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No. CV13-8149 CAS (RZx)<br><br>Magistrate Judge Ralph Zarefsky<br><br>**CHICO'S FAS, INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO FRENCH WEST'S MOTION TO COMPEL SUPPLEMENTAL DISCOVERY AND FOR SANCTIONS**<br><br>Date:  Aug. 18, 2014<br>Time:  10:00 a.m.<br>Location:  Ctrm. 540<br><br>Discovery Cutoff:  Sept. 19, 2014<br>Pretrial Conference:  Feb. 9, 2015<br>Trial:  Feb. 24, 2015 |

Chico's submits this brief response to French West's Supplemental Memorandum.

French West's Supplemental Memorandum makes clear that its true motive in this case has nothing to do with obtaining discovery. Rather, its motives are to harass Chico's and drive up litigation costs. The undisputable fact remains that Chico's has been willing to provide the agreed-upon discovery once French West signs the confidentiality agreement that Chico's provided more than two weeks ago. Dkt. 20-6 at 3-4 (Kachner Decl. ¶ 12); Dkt. 20-7 at 64 (Kachner Decl. Ex. G). French West had earlier indicated its willingness to enter into such an agreement. Yet, despite representing to Chico's counsel on July 24, 2014 that it was "conferring with the client regarding [Chico's] proposed confidentiality agreement, and should be able to revert shortly" (Dkt. 20-6 at 5 (Kachner Decl. ¶ 17), Dkt. 20-7 at 83 (Kachner Decl. Ex. J), French West's counsel has still not signed the proposed agreement or even provided any response whatsoever to Chico's counsel as to whether the proposed agreement is acceptable or whether French West proposes any modifications. As Chico's has repeatedly told French West, Chico's stands ready to produce the confidential documents and supplement its interrogatory responses with confidential facts, which French West seeks, once French West signs the proposed confidentiality agreement. That French West has not received these documents is entirely of its own doing. French West's Motion should be denied.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 5, 2014    By: */s/ Karen Vogel Weil*
Karen Vogel Weil
Mark D. Kachner

Attorneys for Defendant/Counterclaim Plaintiff
CHICO'S FAS, INC.

18590483

-1-